UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SWINTON BROWN,

                Plaintiff,

  - against -

WELLS FARGO BANK, N.A. TRUSTEE
FOR OPTION ONE MORTGAGE LOAN
TRUST 2007-6 ASSET BACKED
CERTIFICATES, SERIES 2007-6,
RICHARD A. GERBINO, ESQ., and
ADAM SPEREGEN, ESQ.,

                Defendants.
---------------------------------------------------------X

JUDGMENT
CV-13-3258 (SJF)

FILED
CLERK
5/12/2014 2:32 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

An Opinion and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 8, 2014, granting the motion of defendants Richard A. Gerbino and Adam Speregen to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that the motion of defendants Richard A. Gerbino and Adam Speregen to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction is granted; and that this case is hereby closed.

Dated: Central Islip, New York
       May 12, 2014

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT

                By:   /s/ Catherine Vukovich
                       Deputy Clerk