UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
SWINTON BROWN,

                Plaintiff,

    - against -

WELLS FARGO BANK, N.A. TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-6 ASSET BACKED CERTIFICATES, SERIES 2007-6, RICHARD A. GERBINO, ESQ., ADAM SPEREGEN, ESQ., and STEVEN SCHLESINGER,

                Defendants.
-----------------------------------------------------------X

**AMENDED JUDGMENT**
CV-13-3258 (SJF)

**FILED**
**CLERK**

6/16/2014 1:03 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

      Opinions and Orders of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on March 24, 204 and May 8, 2014, granting the motions to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that the action is dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction; and that this case is hereby closed.

Dated:  Central Islip, New York
         June 16, 2014

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT

                       By:   /s/ Catherine Vukovich
                             Deputy Clerk